(Rev 4/81)   PROB 35A

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

## United States District Court
### FOR THE

SOUTHERN DISTRICT OF MISSISSIPPI

```
SOUTHERN DISTRICT OF MISSISSIPPI
    F I L E D

   FEB 0 7 2006

      J. T. NOBLIN, CLERK
BY_____DEPUTY
```

**United States of America**

v.

**Crim. No.**  4:02cr8bn-001

Shekeisha Coleman

On July 26, 2002 , the above named was placed on probation for a period of five years.  The supervisee has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from probation.

Respectfully submitted,

Andrew P. Martin
U.S. Probation Officer

### Order of Court

Pursuant to the above report, it is ordered that the supervisee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____6th_____ day of ___February___, 20_06_.

United States District Judge